UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

PAMELA RENEE RILEY,

    Plaintiff,

v.

                                                                   No. 5:20-CV-201-H-BQ

SPECIALIZED LOAN SERVICING,
LLC, et al.,

    Defendants.

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The parties filed this Joint Motion to Dismiss Pamela Renee Riley's claims against defendants with prejudice on September 3, 2020. Dkt. No. 5. United States Magistrate Judge D. Gordon Bryant, Jr. reviewed the motion and submitted findings and conclusions to this Court. Dkt. No. 6. Judge Bryant recommended that the Court acknowledge the parties' self-executing Amended Joint Stipulation of Dismissal filed pursuant to Rule 41(a)(1)(A)(ii) and direct the Clerk of Court to dismiss all claims with prejudice and terminate the case. *Id.* at 2. Additionally, Judge Bryant recommended that the Court deny Pamela Renee Riley's Joint Motion to Dismiss with Prejudice as moot. *Id.* No parties have filed objections to Judge Bryant's recommendation.

The Court has examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, the Court instructs the Clerk of Court to enter this dismissal and terminate the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), permitting

dismissal of an action without a court order. Furthermore, the Court denies Pamela Renee Riley's Joint Motion to Dismiss with prejudice as moot. Each party shall bear its own costs and attorneys' fees. All relief not expressly granted and any pending motions are denied.

So ordered on September 24, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE